Certificate Number: 15111-GAN-DE-031616641

Bankruptcy Case Number: 18-58222



15111-GAN-DE-031616641

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 14, 2018</u>, at <u>1:55</u> o'clock <u>PM EDT</u>, <u>Benjamin Olajide Falade</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:   <u>September 14, 2018</u>            By:    <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>